**RINA CARMEL (Bar No. 208311)**
rc@amclaw.com
**DAVID J. BILLINGS (Bar No. 175383)**
djb@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendant ESSENTIA INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JESSIE TOM,<br><br>       Plaintiff,<br><br>vs.<br><br>ESSENTIA INSURANCE COMPANY, and DOES 1 THROUGH 25, inclusive,<br><br>       Defendants. | Case No. 2:23-cv-02322-KJM-JDP<br><br>**STIPULATION TO REQUEST ADDITIONAL TIME FOR DEFENDANT TO MAKE PAYMENT TO PLAINTIFF UNDER COURT'S DECEMBER 8, 2023 ORDER [ECF 13]; ORDER** |

Plaintiff Jessie Tom ("Plaintiff") and Defendant Essentia Insurance Company ("Essentia") (collectively "Parties"), being all of the parties to the instant action, stipulate to request as follows:

1.  On December 8, 2023, the Court entered an Order [ECF 13] granting Plaintiff's motion to remand the instant action to state court. Said Order awarded Plaintiff $2,400, and states that "Essentia must pay **within fourteen days** of the day this order is filed." [ECF 13 at 6:4 (emphasis in original).] On December 8, 2023, counsel for Essentia requested payment information from counsel for Plaintiff, and counsel for Plaintiff provided the payment information, which includes sending the payment to counsel for Plaintiff.

2.  On December 21, 2023, counsel for Essentia advised counsel for Plaintiff that Essentia "has placed the attorneys' fees in line for payment. The judge was not aware that

1  Essentia is not able to make payments within short timeframes.  Essentia will be sending its
2  payment out to you on December 26, 2023."  Counsel for Essentia further advised counsel for
3  Plaintiff:  "Essentia would be willing to add interest of 10% beginning on December 22, 2023,
4  which it believes is the proper percentage of interest for this item.  That would be sent via a
5  second, separate check, because the $2,400 amount is already in process."  On December 21,
6  2023, Counsel for Plaintiff responded that he calculates interest at about $0.67 per day, and that
7  "Assuming I receive the funds by January 2, that's only about 10 days and I am willing to waive
8  the $6.70 interest if the check is actually placed in the mail on 12/26/23."  Counsel for Essentia
9  advises counsel for Plaintiff that she has confirmed with Essentia that the payment is scheduled to
10 be sent on December 26, 2023.  To be cautious, and to avoid any need to further burden the Court,
11 Essentia respectfully requests two additional days' time to send payment to counsel for Plaintiff.
12     / / /
13     / / /
14     / / /

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
707 WILSHIRE BOULEVARD, SUITE 4000
LOS ANGELES, CALIFORNIA 90017-3623
TEL (213) 688-0080 • FAX (213) 622-7594

2905831.1 04879-055

2
STIPULATION TO REQUEST ADDITIONAL TIME FOR DEFENDANT TO MAKE PAYMENT TO PLAINTIFF

NOW, THEREFORE, the Parties stipulate to request that the Court extend the time for Essentia make the payment ordered by the Court on December 8, 2023, such that Essentia shall send its payment to counsel for Plaintiff on or before December 28, 2023, and that if Essentia does not send payment on December 26, 2023, Essentia shall pay interest to Plaintiff at 10% per annum beginning on December 22, 2023, with said interest payment to be made by separate check.

DATED: December 22, 2023        ANDERSON, McPHARLIN & CONNERS LLP

By: /s/ Rina Carmel, Esq.

    Rina Carmel
    Attorneys for Defendant ESSENTIA
    INSURANCE COMPANY

DATED: December 22, 2023        DANIEL S. GLASS, ATTORNEY AT LAW

By: /s/ Daniel S. Glass, Esq. (as authorized on December 22, 2023)

    Daniel S. Glass
    Attorneys for Plaintiff JESSIE TOM

**IT IS SO ORDERED**.

Dated: December 26, 2023.
    Nunc pro tunc to 12/22/23

_____
CHIEF UNITED STATES DISTRICT JUDGE